UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

eFusion Consulting, LLC,

    Plaintiff,

v.                                Case No. 14-10080

MIPRO Consulting, LLC,         Sean F. Cox
                                               United States District Court Judge

    Defendant.
_____/

**ORDER
ADOPTING DECEMBER 8, 2014 REPORT & RECOMMENDATION
AND NOTICING STATUS CONFERENCE**

On July 18, 2014, Defendant filed a Motion to Dismiss, or in the Alternative, to Compel Appearance for Deposition.  (Docket Entry No. 23).  This Court referred that motion to Magistrate Judge Mona Majzoub.

On December 8, 2014, Magistrate Judge Majzoub issued a Report and Recommendation ("R&R") wherein she recommends that this Court grant the motion in part and deny it in part.  She recommends that the Court grant the motion to extent that "Plaintiff should be ordered to produce Mr. Ebbeler for deposition in Michigan on or before January 22, 2015, on a date, time and place agreed upon by both parties; alternatively both parties may agree to depose Mr. Ebbeler in Maryland at a mutually agreed upon date, time and place on or before January 22, 2015."  (R&R at 2).  She recommends that the Court deny the motion in all other respects.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

No party has filed objections to the R&R and the time permitted for filing objections to the R&R has passed.

The Court hereby **ADOPTS** the December 8, 2014 R&R**.  IT IS ORDERED** that Defendant's Motion (Docket Entry No. 23) is **GRANTED IN PART AND DENIED IN PART**. The Court **GRANTS** the motion to the extent that the Court **ORDERS that Plaintiff shall produce Mr. Ebbeler for deposition in Michigan on or before January 22, 2015, on a date, time and place agreed upon by both parties; alternatively both parties may agree to depose Mr. Ebbeler in Maryland at a mutually agreed upon date, time and place on or before January 22, 2015.**  The motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the parties shall appear for a Status Conference on **January 26, 2015, at 11:00 a.m.**

**IT IS SO ORDERED.**

                                                      S/Sean F. Cox  
                                                      Sean F. Cox  
                                                      United States District Judge

Dated:  January 6, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 6, 2015, by electronic and/or ordinary mail.

                                                      S/Jennifer McCoy  
                                                     Case Manager